```
 1
 2
 3
 4
 5
 6
 7
 8                      UNITED STATES DISTRICT COURT
 9                     CENTRAL DISTRICT OF CALIFORNIA
10
11  PAULA J.R.,                          )    NO. SA CV 19-1184-E
                                         )
12              Plaintiff,               )
                                         )
13       v.                              )    **JUDGMENT**
                                         )
14  ANDREW SAUL, COMMISSIONER OF         )
    SOCIAL SECURITY,                     )
15                                       )
                Defendant.               )
16                                       )
                                         )
17
18       IT IS HEREBY ADJUDGED that Defendant's motion for summary
19  judgment is granted and judgment is entered in favor of Defendant.
20
21          DATED: December 11, 2019.
22
23                                          /s/
                                    CHARLES F. EICK
24                           UNITED STATES MAGISTRATE JUDGE
```